415 A.2d 86

**Robert F. HANSEL, Jr., Administrator d/b/n/c/t/a of the Estate of Robert F. Hansel, Sr.**

v.

**Girard HANSEL and Leon Hansel, as Co-Executors under the Will of Stephen R. Hansel, Deceased, and Stephen R. Hansel, Deceased, and Helen E. Hansel, individually, Petitioners.**

**Allocatur Docket No. 2061.**

Supreme Court of Pennsylvania.

June 6, 1980.

## ORDER

PER CURIAM.

The application for clarification of our Order of December 26, 1979, 487 Pa. 196, 409 A.2d 32 is hereby granted. The

said Order is amended to read that the cause is to be remanded to the Superior Court to pass upon the merits of the plea of laches.

It is so ordered.